# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 11-00579LEK-RLP |
| CASE NAME: | Brian P. Natzke vs. United States of America |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 10/18/2012 | TIME: | |

COURT ACTION:  EO: Non Jury Trial currently set for 10/31/2012 at 09:00 AM before Judge Leslie E. Kobayashi is **Vacated.**

Settlement documents are almost finalized.

Submitted by: Warren N. Nakamura, Courtroom Manager