```
FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN P. NATZKE, Individually and as Personal Representative of the Estate of ANN J. NATZKE, Deceased, VIRGINIA J. ARNOLD and JOHN W. ARNOLD,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>_____ | CIVIL NO. 11-00579 LEK RLP<br>(FTCA - Medical Malpractice)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　　IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

Executed this 7th day of January, 2013.

/s/ Harry Yee
_____
HARRY YEE
Assistant U.S. Attorney
Attorneys for Defendant


Executed this 7th day of January, 2013.

/s/ L. Richard Fried, Jr.
_____
L. RICHARD FRIED, JR.
JOHN D. THOMAS, JR.
GEOFFREY K.S. KOMEYA
Cronin, Fried, Sekiya, Kekina & Fairbanks
Attorneys for Plaintiff


APPROVED AND SO ORDERED:



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
Brian P. Natzke, Individually and as Personal Representative of the Estate of Ann J. Natzke, Deceased, et al. v. U.S.A.; Civil No. 11-00579 LEK RLP; "STIPULATION OF DISMISSAL WITH PREJUDICE"